GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

DAVID J. GRECH
dgrech@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

**MEMO ENDORSED**

July 15, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

**VIA ECF**
The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Fagnani v. H2M Com LLC*
Case No. 1:26-cv-02421-VEC

Dear Judge Caproni,

We represent Defendant H2M Com LLC in this case. We write pursuant to Rule 2.C. of Your Honor's Individual Practices in Civil Cases and jointly with Plaintiff's counsel to respectfully request an extension of time for the parties to file their jointly proposed Civil Case Management Plan and Scheduling Order and joint letter, an extension of time for Defendant to respond to the Complaint, and an adjournment of the Initial Pretrial Conference ("IPTC"), presently scheduled for July 24, 2026.

Plaintiff's counsel and our office are engaged in ongoing communications aimed at an amicable resolution of this case. In a meet and confer today, counsel continued those communications and agreed to submit this request in order to seek additional time for further communications and hopefully a resolution, without the need for further Court intervention. Today's communications are, in part, the reason for the timing of our instant request. Otherwise, this request would have been submitted even earlier. There have been no previous requests for the extensions of time or adjournment requested herein. It is jointly and respectfully submitted that no party would be prejudiced should the instant request be granted. Pursuant to Rule 3.A. of Your Honor's Individual Practices, the parties propose a 30-day adjournment of the IPTC to a Friday morning in late August through early September, as the Court's calendar might allow.

Should the request to adjourn the IPTC be granted, the parties jointly propose submitting their jointly proposed Case Management Plan and Scheduling Order and joint letter to the Court one week prior to the IPTC. In addition, should the request to adjourn the IPTC be granted, the parties jointly and respectfully request that Defendant's time to answer, move, or otherwise respond to the Complaint be extended to the date of the IPTC.

Counsel for the parties appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,

*/s/ David J. Grech*
David J. Grech

cc: All Counsel of Record (*via* ECF)

Application GRANTED. The initial pretrial conference scheduled for July 24, 2026, is ADJOURNED to **Friday, September 25, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The pre-conference joint letter is due on **Thursday, September 17, 2026**. Defendant's time to answer, move, or otherwise respond to the Complaint is extended to **Friday, September 25, 2026**.

SO ORDERED.

07/16/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE